# EXHIBIT A



IN THE SUPERIOR COURT OF COFFEE COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ANGELA LOGUE<br>d/b/a POSH PIGS,<br>Plaintiff, | *<br>*<br>*<br>* |
| vs. | * CASE No.: 2014S01-9<br>* |
| XCENTRIC VENTURES LLC<br>d/b/a Rip Off Report,<br>Defendant. | *<br>*<br>* |

### SUMMONS

TO THE ABOVE-NAMED DEFENDANT:
XCENTRIC VENTURES LLC
D/B/A Rip Off Report
3200 N. Central Ave STE 2000
Phoenix, AZ 85012

You are hereby summoned and required to serve upon, plaintiff's attorney, Marc G. Metts of Metts Law Firm, P.C. whose address is 300 Madison Avenue Douglas GA 31533, an Answer to the Complaint which is herewith served upon you, within 30 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This 23 day of January, 2014.

Sonja Horton
D/CLERK OF COURT



IN THE SUPERIOR COURT OF COFFEE COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ANGELA LOGUE<br>d/b/a POSH PIGS,<br>Plaintiff, | *<br>*<br>*<br>* |
| vs. | * CASE No.: 2014S01-9<br>* |
| XCENTRIC VENTURES LLC<br>d/b/a Rip Off Report,<br>Defendant. | *<br>*<br>* |

### AMENDED COMPLAINT FOR INTERNET PUBLICATION LIBEL

The complaint of Angela Logue d/b/a/ Posh Pigs shows that Rip Off Report has injured and damaged her in the sum of $2,000,000.00 dollars arising on the following facts:

1.

The defendant is a non-domestic corporation, chartered under the laws of Arizona, and having its registered office and registered agent in the city of Phoenix, Maricopa County, Arizona. Further defendant herein, did commit a tortious act within Georgia, as more fully shown by facts set forth below and having transacted business within the State of Georgia, is subject to the jurisdiction of this court under the Georgia Long Arm Statute, O.C.G.A. § 9-10-91, and may be served on MARIA CRIMI SPETH ESQ at 3200 N Central Ave. Suite 2000 Phoenix AZ 85012.

2.

Plaintiff shows that on the 13th day of February, 2013, the defendant falsely and maliciously published on its web page at www.ripoffreport.com, an Internet address owned, controlled, and managed by the defendant, a false, malicious and defamatory libel of the plaintiff.

3.

As charged in the published article are crimes under the laws of Georgia, and this imputation was libelous per se and caused damage to the plaintiff.

4.

The Defendant disseminated the false, malicious and defamatory libel by the defendant throughout Georgia, the United States, and the world over the Internet.

5.

By means of the publication of this false and malicious libel the plaintiff has been greatly injured in her good name, reputation, and credit, and she has been exposed to public hatred, contempt and ridicule.

Filed in Office this
23 day of Jan 2014

Angela Spell-Hulto
Clerk Superior Court

6.

At the time of the publication of the libelous matter, plaintiff was selling miniature pigs and d/b/a Posh Pigs in the city of Douglas Georgia, and was earning $1500.00 to $2500.00 per transaction.

7.

However, customers, having read the libel, immediately withdrawn offers to plaintiff on the ground that they believed the reports posted by Rip Off Report. By losing some of her customers, plaintiff was greatly injured and damaged.

8.

The defendant thus damaged the plaintiff in the sum of one million dollars ($100,000,000.00) in special damages and one million dollars ($100,000,000.00) in general damages, which plaintiff brings this action to recover.

9.

On the 22nd day of November, 2013, following the publications of the libel, plaintiff demanded a retraction accompanied by an acknowledgment on the defendant's web page specifically repudiating the libel, and that the retraction be made in as conspicuous and public a manner as that in which the libelous statement was published, all of which the defendant refused to do.

10.

Plaintiff is entitled to a judgment for her damages.

WHEREFORE, plaintiff demands judgment in the amount of: $2,000,000.00; and costs.

Respectfully submitted this 16th day of January, 2014.

METTS LAW FIRM, P.C.

_____
Marc G. Metts
State Bar No.: 174821
Attorney for Plaintiff

Address of Counsel:
300 Madison Avenue North
Douglas GA 31533
912-384-0015
912-389-1235 Fax
mettslaw@gmail.com