UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| ANGELA LOGUE d/b/a POSH PIGS,<br><br>Plaintiff,<br><br>v.<br><br>XCENTRIC VENTURES, LLC d/b/a<br>Rip Off Report,<br><br>Defendant. | Civil Action No.:<br><br>14-cv-00037-LGW-JEG |

## JOINT MOTION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the parties hereby move this court to dismiss this action. This Motion to dismiss is filed with the consent of all parties.

This 4th day of June, 2014.

Consented to by:

/s/ Marc G. Metts
Marc G. Metts
GA BAR NO. 174821
mettslaw@gmail.com

/s/Stephen M. Reams
Stephen M. Reams
GA BAR No. 597165
sreams@stites.com

XC010:000XC:320484:1:ATLANTA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a true and correct copy of the foregoing Motion for Clerk's Extension upon all parties via the U.S. District Court CM/ECF electronic filing and notification system and U.S. Mail as follows:

Stephen M. Reams
3030 Peachtree Street, N.E.
2800 SunTrust Plaza
Atlanta, GA 30308

This 4th day of June, 2014.

*/s/ Marc G. Metts*
Marc G. Metts
GA BAR NO. 174821
mettslaw@gmail.com

XC010:000XC:320484:1:ATLANTA